UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

VICKIE ROBINSON,                                                                              Plaintiff,

v.                                                                        Civil Action No. 3:15-cv-226-DJH

BRANDENBURG HEALTH FACILIGIES,
LP,                                                                                           Defendant.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared.  (Docket No. 42)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.  All dates and deadlines set in this matter are **VACATED**.

May 2, 2017

**David J. Hale, Judge**
**United States District Court**